| **SUMMONS - CIVIL**<br>JD-CV-1  Rev. 2-22<br>C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;<br>P.B. §§ 3-1 through 3-21, 8-1, 10-13 | **For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.*** | **STATE OF CONNECTICUT**<br>**SUPERIOR COURT**<br>*www.jud.ct.gov*  |

**Instructions are on page 2.**

- [ ] Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
- [x] Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
- [ ] Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)*<br>**300 GRAND STREET, WATERBURY CT 06702** | Telephone number of clerk<br>**( 203 ) 591 – 3300** | Return Date *(Must be a Tuesday)*<br>**07/26/2022** |
| --- | --- | --- |
| [x] Judicial District    G.A.<br>[ ] Housing Session   [ ] Number: ___ | At *(City/Town)*<br>**WATERBURY** | Case type code *(See list on page 2)*<br>Major: **V**    Minor: **01** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)*<br>**LYNCH TRAUB KEEFE & ERRANTE, PC 52 Trumbull Street, New Haven, CT 06510** | Juris number *(if attorney or law firm)*<br>**034876** |
| --- | --- |
| Telephone number<br>**( 203 ) 787 – 0275** | Signature of plaintiff *(if self-represented)* |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.  [x] Yes  [ ] No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)*<br>**mbellair@ltke.com; mschulz@ltke.com** |
| --- | --- |

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
| --- | --- | --- |
| **First plaintiff** | Name:   Guerrera, Mario<br>Address: **103 Kimberly Lane, Watertown, CT 06795** | P-01 |
| **Additional plaintiff** | Name:<br>Address: | P-02 |
| **First defendant** | Name:   Highlight Motor Group, Inc. - 391 Creditstone Rd Concord ON L4K 1N8 Canada<br>Address: **Agent for Service: Commissioner, Dept of Motor Vehicles - 60 State Street, Wethersfield, CT 06161** | D-01 |
| **Additional defendant** | Name:   HL Motor Group, Inc. - **13 Old Colony Road, Unit 33, Richmond Hill, ON L4E 4L5**<br>Address: **Agent for Service: Commissioner, Dept of Motor Vehicles - 60 State Street, Wethersfield, CT 06161** | D-02 |
| **Additional defendant** | Name:   Kvitnitsky, Igor - 15 Reeves Gate, Oakville, ON LM6 5C5 Canada<br>Address: **Agent for Service: Commissioner, Dept of Motor Vehicles - 60 State Street, Wethersfield, CT 06161** | D-03 |
| **Additional defendant** | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 3 | [ ] Form JD-CV-2 attached for additional parties |
| --- | --- | --- |

## Notice to each defendant

1. **You are being sued**. This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date<br>**06/20/2022** | Signed *(Sign and select proper box)* | [x] Commissioner of Superior Court<br>[ ] _____ Clerk | Name of person signing<br>**Marisa A. Bellair, Esq.** |
| --- | --- | --- | --- |

| If this summons is signed by a Clerk:<br>a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.<br>c. The court staff is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | *For Court Use Only*<br>File Date |
| --- | --- |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
| --- | --- | --- | --- |

## Instructions

1. *Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.*

2. *If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.*

3. *Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.*

4. *After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.*

5. *Use this summons for the case type codes shown below.*

   *Do not use this summons for the following actions:*

   (a) *Family matters (for example divorce, child support, custody, parentage, and visitation matters)*
   (b) *Any actions or proceedings in which an attachment, garnishment or replevy is sought*
   (c) *Applications for change of name*
   (d) *Probate appeals*

   (e) *Administrative appeals*
   (f) *Proceedings pertaining to arbitration*
   (g) *Summary Process (Eviction) actions*
   (h) *Entry and Detainer proceedings*
   (i) *Housing Code Enforcement actions*

## Case Type Codes

| MAJOR DESCRIPTION | CODE Major/ Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/ Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 50 | Uninsured/Underinsured Motorist Coverage | | | |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 90 | All other | | T 03 | Defective Premises - Private - Other |
| Eminent Domain | E 00 | State Highway Condemnation | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 12 | Defective Premises - Public - Other |
| | E 20 | Other State or Municipal Agencies | | T 20 | Products Liability - Other than Vehicular |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 28 | Malpractice - Medical |
| | E 90 | All other | | T 29 | Malpractice - Legal |
| | | | | T 30 | Malpractice - All other |
| Housing | H 10 | Housing - Return of Security Deposit | | T 40 | Assault and Battery |
| | H 12 | Housing - Rent and/or Damages | | T 50 | Defamation |
| | H 40 | Housing - Housing - Audita Querela/Injunction | | T 61 | Animals - Dog |
| | H 50 | Housing - Administrative Appeal | | T 69 | Animals - Other |
| | H 60 | Housing - Municipal Enforcement | | T 70 | False Arrest |
| | H 90 | Housing - All Other | | T 71 | Fire Damage |
| | | | | T 90 | All other |
| Miscellaneous | M 00 | Injunction | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 10 | Receivership | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 15 | Receivership for Abandoned/Blighted Property | | V 05 | Motor Vehicles* - Property Damage only |
| | M 20 | Mandamus | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 09 | Motor Vehicle* - All other |
| | M 40 | Arbitration | | V 10 | Boats |
| | M 50 | Declaratory Judgment | | V 20 | Airplanes |
| | M 63 | Bar Discipline | | V 30 | Railroads |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 40 | Snowmobiles |
| | M 68 | Bar Discipline - Inactive Status | | V 90 | All other |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | | |
| | M 83 | Small Claims Transfer to Regular Docket | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | M 84 | Foreign Protective Order | | W 90 | All other |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | | |
| | M 90 | All other | | | |

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34876

| | | |
|---|---|---|
| RETURN DATE: JULY 26, 2022 | : | SUPERIOR COURT |
| MARIO GUERRERA | : | JUDICIAL DISTRICT OF WATERBURY |
| V. | : | AT WATERBURY |
| HIGHLIGHT MOTOR GROUP, INC.;<br>HL MOTOR GROUP, INC.;<br>IGOR KVITNITSKY | :<br><br>: | <br><br>JUNE 20, 2022 |

## COMPLAINT

**COUNT ONE:**     **(AS AGAINST IGOR KVITNITSKY FOR NEGLIGENCE)**

1.     The Plaintiff, MARIO GUERRERA, is and was at all relevant times a resident of the City of Watertown, Connecticut.

2.     The Defendant, HIGHLIGHT MOTOR GROUP, INC., is and was at all relevant times a corporation headquartered at 391 Creditstone Road, Concord, Ontario, Canada.

3.     The Defendant, HL MOTOR GROUP, INC., is and was at all relevant times a corporation headquartered at 391 Creditstone Road, Concord, Ontario, Canada.

4.     The Defendant, Igor Kvitnitsky, is and was at all relevant times an individual who resided at 15 Reeves Gate, Oakville, Ontario, Canada.

5.     Interstate 84 (I-84) Westbound is and was at all relevant times a public interstate highway and/or roadway travelling in a general east-west direction across the State of Connecticut

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.

ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612

(203) 787-0275 - JURIS NO. 34878

through Waterbury, Danbury, Hartford and Union. At all relevant times, Exit 22 was an exit accessible from I-84, nearest to Baldwin Street in Waterbury, Connecticut.

6.      On July 6, 2020, at approximately 4:17 PM, the Plaintiff was operating his motor vehicle in the furthest right lane of the three lanes on Interstate 84 Westbound, approximately one tenth of a mile east of Exit 22.

7.      At that same time and place, the Defendant HL MOTOR GROUP, INC., was the owner of a 2018 Volvo Tractor Trailer truck, which was being operated by Defendant IGOR KVITNITSKY ("Kvitnitsky"). Defendant KVITNITSY's vehicle struck the plaintiff's vehicle from behind. This caused a violent and forceful collision between the two vehicles. At the same time and place, two vehicles traveling in front of the Plaintiff's vehicle had slowed for traffic. As a direct result of Defendant KVITNITSKY failing to slow or stop his vehicle, Plaintiff's vehicle was forced into the rear of the vehicle in front of him, which was then pushed into the rear of the vehicle in front of it.

8.      At all times mentioned herein, the Defendant IGOR KVITNITSKY, was the servant, agent or employee of the Defendant HL MOTOR GROUP, INC., and was operating said motor vehicle under a general authority to drive.

\\AVON\TRIALWORKS\CASEFILES\4931\PLEADINGS\COMPLAINT WITH SEPARATED DEFENDANTS-82914.DOCX

9.     The aforementioned collision and consequences therefrom were a direct and proximate result of the negligence and carelessness of Defendant IGOR KVITNITSKY in one or more of the following ways, in that he:

a.     Failed to maintain a reasonable distance between his motor vehicle and the vehicle being operated by the plaintiff in violation of General Statutes § 14-240;

b.     Failed to maintain a reasonable distance between his motor vehicle and the vehicle being operated by the plaintiff in violation of General Statutes 14-240a and the common-law;

c.     Operated his motor vehicle at a rate of speed greater than what was reasonable given the width, traffic, use of the roadway, and the conditions then and there existing in violation of General Statutes § 14-218a;

d.     Operated his motor vehicle at a rate of speed greater than what was reasonable given the width, traffic, use of the roadway, and the conditions then and there existing in violation of the common-law;

e.     Failed to maintain a proper look-out for other vehicles or conditions on the roadway or to pay attention to where he was heading;

f.     Failed to remain alert and awake in the operation of his motor vehicle;

g.     Failed to keep his vehicle under proper and reasonable control;

h.     Failed to bring the motor vehicle he was operating to a stop or slow, or turn the vehicle so as to avoid colliding with the motor vehicle operated by the Plaintiff, although by the exercise of reasonable care, prudent operation and control of said motor vehicle, said Defendant should have avoided said collision;

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34876

\\AVON\TRIALWORKS\CASEFILES\4931\PLEADINGS\COMPLAINT WITH SEPARATED DEFENDANTS-82914.DOCX

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34478

i.      Failed to apply his brakes in sufficient time or in sufficient fashion so as to avoid the collision;

j.      Failed to honk his horn or to give the Plaintiff any warning whatsoever of the impending collision;

k.      Failed to take other reasonable and appropriate measures to avoid the collision; and

l.      Used a hand-held mobile telephone and/or a mobile electronic device in violation of General Statutes 14-296aa.

10.     As a direct and proximate result of the aforementioned negligence and carelessness of Defendant KVITNITSKY, the Plaintiff sustained serious and painful personal injuries, some or all of which may be permanent in nature, including, but not limited to, the following:

a.      Traumatic subdural hemorrhage with loss of consciousness;

b.      Laceration to head;

c.      Injury to joints;

d.      Injury to both arms;

d.      Injury to neck;

e.      Pain in neck;

f.      Injury to right shoulder;

g.      Pain in right shoulder;

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34876

h.   Pain in left shoulder;

i.   Injury to cervical spine;

j.   Injury to lumbar spine;

k.   Injury to lower back;

l.   Pain in chest;

m.   Abdominal Injury;

n.   Fracture to ribs;

o.   Pain and injury to the right elbow;

p.   Loss of consciousness;

q.   Headaches;

r.   Shock to the nervous system; and

s.   Associated pain and suffering.

11.   As a direct and proximate result of the aforementioned negligence and carelessness of Defendant KVITNITSKY, the Plaintiff suffered pain and suffering, accompanied by stiffness, pain and discomfort in his head, neck, joints, shoulder, spine, chest and body, and loss of sleep.

12.   As a direct and proximate result of the aforementioned negligence and carelessness of Defendant KVITNITSKY, the Plaintiff has and will continue to suffer in the future mental

anguish, frustration and anxiety over the fact that he was and remains injured, including nightmares and anxiety while driving.

13.     As a direct and proximate result of the aforementioned negligence and carelessness of the Defendant, the Plaintiff has incurred and will continue to incur in the future expenses for medical care and treatment, including medication, x-rays, diagnostic testing, treatment and therapy, all of which has caused him and will continue to cause him financial loss and damage.

14.     As a direct and proximate result of the aforementioned negligence and carelessness of the Defendant, the Plaintiff suffered and will continue to suffer in the future from a decrease in his capacity to engage in and enjoy life's activities as he was able to do prior to the aforementioned collision and resulting injuries.

**COUNT TWO:**     **(AS AGAINST DEFENDANT HL MOTOR GROUP, INC. FOR VICARIOUSLY LIABILITY)**

1.     Paragraphs 1 through 14 of COUNT ONE are hereby incorporated by reference and made Paragraphs 1 through 14 of COUNT TWO as if more fully set forth herein.

15.     At all times relevant hereto, Defendant IGOR KVITNITSKY was the servant, agent or employee of HL MOTOR GROUP, INC. and was acting within the scope and purpose of his employment.

16.     At all times relevant hereto, Defendant KVITNITSKY was driving and

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 24876

operating the motor vehicle with the consent, permission, and knowledge of Defendant HL MOTOR GROUP, INC.

17.     HL MOTOR GROUP, INC. is vicariously liable to the Plaintiff for the aforesaid negligence and carelessness of its employee IGOR KVITNITSKY.

**COUNT THREE:     (AS AGAINST DEFENDANT HIGHLIGHT MOTOR GROUP, INC. FOR VICARIOUS LIABILITY)**

1.     Paragraphs 1 through 14 of COUNT ONE are hereby incorporated by reference and made Paragraphs 1 through 14 of COUNT TWO as if more fully set forth herein.

15.     At all times relevant hereto, Defendant IGOR KVITNITSKY was the servant, agent or employee of HIGHLIGHT MOTOR GROUP, INC. and was acting within the scope and purpose of his employment.

16.     At all times relevant hereto, Defendant KVITNITSKY was driving and operating the motor vehicle with the consent, permission, and knowledge of Defendant HIGHLIGHT MOTOR GROUP, INC.

17.     HIGHLIGHT MOTOR GROUP, INC. is vicariously liable to the Plaintiff for the aforesaid negligence and carelessness of its employee IGOR KVITNITSKY.

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 24876

7

◇ **COUNT FOUR:**      **(AS TO THE DEFENDANT IGOR KVITNITSKY FOR RECKLESSNESS)**

1.   Paragraphs 1 through 14 of COUNT ONE are hereby incorporated by reference and made Paragraphs 1 through 14 of COUNT THREE as if more fully set forth herein.

15.      The aforesaid accident was caused by the recklessness of Defendant IGOR KVITNITSKY in one or more of the following ways:

   a.  with reckless disregard for the rights and safety of others, he operated his handheld device while driving a tractor trailer in heavy traffic;

   b.  with reckless disregard for the rights and safety of others, he operated a commercial vehicle too closely to the vehicle in front of him; and

   c.  with reckless disregard for the rights and safety of others, he operated his motor vehicle at an excessive speed which was dangerous in light of the traffic, conditions then and there existing.

◇

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34876

8

\\AVON\TRIALWORKS\CASEFILES\4931\PLEADINGS\COMPLAINT WITH SEPARATED DEFENDANTS-82914.DOCX

**WHEREFORE**, the Plaintiff claims:

1.      Compensatory damages;

2.      Double and/or treble damages for personal injury and/or property damage pursuant to § 14-295 of the Connecticut General Statutes for violation of §§ 14-218a, 14-240a and/or 14-296aa; and

3.      Such other relief as the Court deems equitable and just.

THE PLAINTIFF,
MARIO GUERRERA

By Marisa Bellair

Marisa A. Bellair, Esq.
Michael C. Schulz, Esq.
LYNCH, TRAUB, KEEFE & ERRANTE
52 Trumbull Street
New Haven, CT 06510
Phone: 203-787-0275
Fax: 203-782-0278
Email: mbellair@ltke.com
Email: mschulz@ltke.com

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW – P.O. BOX 1612 – NEW HAVEN, CT 06506-1612
(203) 787-0275 – JURIS NO. 34876

9

\\AVON\TrialWorks\CaseFiles\4931\Pleadings\Complaint with separated defendants-82914.docx

RETURN DATE: JULY 26, 2022          :    SUPERIOR COURT

MARIO GUERRERA                 :    JUDICIAL DISTRICT OF WATERBURY

V.                                       :    AT WATERBURY

HIGHLIGHT MOTOR GROUP, INC.;     :    JUNE 20, 2022
IGOR KVITNITSKY

## STATEMENT OF AMOUNT IN DEMAND

The Plaintiff claims damages in excess of the sum of fifteen thousand dollars ($15,000.00),

exclusive of interest and costs.

THE PLAINTIFF,
MARIO GUERRERA

By _Marisa Bellair_

Marisa A. Bellair, Esq.
Michael C. Schulz, Esq.
LYNCH, TRAUB, KEEFE & ERRANTE
52 Trumbull Street
New Haven, CT 06510
Phone: 203-787-0275
Fax: 203-782-0278
Email: mbellair@ltke.com
Email: mschulz@ltke.com

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34876

10

\\AVON\TRIALWORKS\CASEFILES\4931\PLEADINGS\COMPLAINT WITH SEPARATED DEFENDANTS-82914.DOCX

STATE OF CONNECTICUT:

                         : ss: WETHERSFIELD        JUNE 21, 2022

COUNTY OF HARTFORD   :

Then and by virtue hereof and by direction of the Plaintiff's Attorney, I left a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with and in the hands of the Clerk in charge at the office of SIBONGILE MAGUBANE, COMMISSIONER OF MOTOR VEHICLES FOR THE STATE OF CONNECTICUT, at least twelve days before the session of the Court to which this Writ is returnable. Said Commissioner is the duly authorized agent to accept service for the within named non-resident defendant **HIGHLIGHT MOTOR GROUP INC.,** (and paid Statutory Fees in the amount of $20.00) pursuant to Connecticut General Statutes Section 52-62, in the town of WETHERSFIELD, County of Hartford.

And also, on the 21ST day of JUNE, 2022, I left a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with and in the hands of the Clerk in charge at the office of SIBONGILE MAGUBANE, COMMISSIONER OF MOTOR VEHICLES FOR THE STATE OF CONNECTICUT, at least twelve days before the session of the Court to which this Writ is returnable. Said Commissioner is the duly authorized agent to accept service for the within named non-resident defendant **HL MOTOR GROUP INC.,** (and paid Statutory Fees in the amount of $20.00) pursuant to Connecticut General Statutes Section 52-62, in the town of WETHERSFIELD, County of Hartford.

And also, on the 21ST day of JUNE, 2022, I left a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with and in the hands of the Clerk in charge at the office of SIBONGILE MAGUBANE, COMMISSIONER OF MOTOR VEHICLES FOR THE STATE OF CONNECTICUT, at least twelve days before the session of the Court to which this Writ is returnable. Said Commissioner is the duly authorized agent to accept service for the within named non-resident defendant **IGOR KVITNITSKY,** (and paid Statutory Fees in the amount of $20.00) pursuant to Connecticut General Statutes Section 52-62, in the town of WETHERSFIELD, County of Hartford.

And afterwards, on the 22ND day of JUNE, 2022, I deposited in the Post Office at EAST HARTFORD, postage prepaid and registered, article number RE629657639US, return receipt requested, a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with my doing thereon endorsed, addressed to the within named non-resident defendant:

**HIGHLIGHT MOTOR GROUP INC**
**391 CREDITSTONE RD**
**CONCORD**
**ONTARIO, CANADA L4K 1N8**

**KEITH D. NIZIANKIEWICZ**
*CONNECTICUT STATE MARSHAL*
P.O. BOX 280867 • EAST HARTFORD, CONNECTICUT 06128-0867 • OFFICE: (860) 610-0295

State of Connecticut
County of Hartford
Department of Administrative Services

## SUPPLEMENTAL RETURN TO FOLLOW

And also, on the 22ND day of JUNE, 2022, I deposited in the Post Office at EAST HARTFORD, postage prepaid and registered, article number RE629657625US, return receipt requested, a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with my doing thereon endorsed, addressed to the within named non-resident defendant:

> **HL MOTOR GROUP INC**
> **15 OLD COLONY RD**
> **UNIT 33**
> **RICHMOND HILL**
> **ONTARIO, CANADA L4E 4**

## SUPPLEMENTAL RETURN TO FOLLOW

And also, on the 22ND day of JUNE, 2022, I deposited in the Post Office at EAST HARTFORD, postage prepaid and registered, article number RE629657611US, return receipt requested, a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with my doing thereon endorsed, addressed to the within named non-resident defendant:

> **IGOR KVITNITSKY**
> **15 REEVES GATE**
> **OAKVILLE**
> **ONTARIO, CANADA L6MC5**

## SUPPLEMENTAL RETURN TO FOLLOW

The within is the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with my doings thereon endorsed.

ATTEST:

KEITH NIZIANKIEWICZ
CT STATE MARSHAL
HARTFORD COUNTY

| | |
|---|---|
| DMV Comm. | $60.00 |
| Verified pages | 72.00 |
| Endorsements | 7.60 |
| Service | 80.00 |
| Travel | 15.00 |
| Postage | 63.54 |
| | -------- |
| Total | $298.14 |

**KEITH D. NIZIANKIEWICZ**
*CONNECTICUT STATE MARSHAL*
P.O. BOX 280867 • EAST HARTFORD, CONNECTICUT 06128-0867 • OFFICE: (860) 610-0295

*State of Connecticut*
*County of Hartford*
*Department of Administrative Services*

**APPEARANCE**
JD-CL-12  Rev. 12-21
P.B. §§ 3-1 through 3-12, 10-13, 25-6A, 25a-2, 25a-3

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov



☐ I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.

Return date *(For Civil/Family cases)*
**Jul-26-2022**

Docket Number
**UWY-CV-22-6066212-S**

**Name of case** *(Full name of first Plaintiff v. Full name of first Defendant)  Note: In Criminal/Motor Vehicles cases, the Plaintiff is The State of Connecticut*

**GUERRERA, MARIO  v. HIGHLIGHT MOTOR GROUP, INC. Et Al**

☐ Housing Session   ☒ Judicial District   ☐ Geographic Area

Address of court *(Number, street, town and zip code)*
**300 GRAND STREET WATERBURY, CT 06702**

Scheduled court date *(Criminal/Motor Vehicle cases only)*

## Enter the Appearance of

**Name** *(Your name or name of official, firm, professional corporation, or individual attorney)*
**LEWIS BRISBOIS BISGAARD & SMITH LLP**

Juris number *(For attorney/law firm)*
**435076**

Mailing address
**185 ASYLUM STREET SUITE 2603**

Post Office box number

Telephone number *(Area code first)*
**860-748-4806**

City/town **HARTFORD**   State **CT**   Zip code **06103**   Fax number **860-748-4857**   E-mail address **HartfordEService@lewisbrisbois.com**

in the case named above for: *(Select one of the following parties)*

**PLAINTIFF**
☐ The Plaintiff.
☐ All Plaintiffs.
☐ The following Plaintiff(s) only:
_____

**DEFENDANT**
☐ The Defendant.
☒ All Defendants.
☐ The following Defendant(s) only:
_____

☐ **Other** *(Specify):* _____

☐ This is a **Family Matters** case (such as divorce, custody, or child support). My appearance is for: *(Select one or both)*
☐ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

☐ This is a **Criminal/Motor Vehicle** case, and I am filing this appearance as ☐ a Public Defender or ☐ Assigned Counsel
☐ This appearance is for the purpose of a bail hearing only.   (Special Public Defender)
☐ This appearance is for the purpose of alternative arraignment proceedings only.

If an appearance by other counsel or self-represented party is on file for this party/parties, select one option below:

1. ☐ This appearance is in place of the appearance of: _____
   *Name and Juris Number (if applicable) to be replaced*

2. ☐ This appearance is in addition to an appearance already on file.

**I agree that documents can be delivered (served) to me electronically in this case. (Practice Book Sec. 10-13)** ☒ Yes  ☐ No

Signed *(Individual attorney or self-represented party)*
**427824**

Name of person signing at left *(Print or type)*
**CHRISTY E JACHIMOWSKI**

Date signed
**Jul 27 2022**

## Certification

FOR COURT USE ONLY

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* _____ **Jul 27 2022** _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**LYNCH TRAUB KEEFE & ERRANTE PC - 52 TRUMBULL STREET/PO BOX 1612/NEW HAVEN, CT 06506**

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

Signed *(Signature of filer)*
**427824**

Print or type name of person signing
**CHRISTY E JACHIMOWSKI**

Date signed
**Jul 27 2022**

**Continuation of JDCL12 Appearance Form for UWY-CV-22-6066212-S**

**Submitted By LEWIS BRISBOIS BISGAARD & SMITH LLP (435076)**

**Additional Party(ies) (Continued from JDCL12)**

**For these party(ies)**

Pty# D-01 HIGHLIGHT MOTOR GROUP, INC.

Pty# D-02 HL MOTOR GROUP, INC.

Pty# D-03 IGOR KVITNITSKY

**\*\*\*\*\* End of Party List \*\*\*\*\***



**State of Connecticut Judicial Branch**
# Superior Court E-Filing



E-Services Home
-
E-Services Inbox
-
Superior Court E-Filing
  Civil/Family
  Housing
  Small Claims
-
E-File a New Case
-
E-File on an
Existing Case
  By Docket Number
  By Party Name
  List My Cases
-
Court Events
  By Date
  By Juris Number
  By Docket Number
-
Short Calendars
  Markings Entry
  Markings History
  My Short Calendars
  By Court Location
  Calendar Notices
-
My Shopping Cart (0)
My E-Filed Items
-
Legal Notices
-
Pending
Foreclosure Sales
-
Search By Property Address
-

**We are experiencing issues completing credit card transactions for filers using Safari browsers. At this time, if you are an attorney or firm using Safari as your browser, please either use a different browser or pay by check. Self-represented parties should also use a browser other than Safari if possible or should file any cases or motions which require a fee on paper with the Court Clerk. Thank you for your patience.**

Attorney/Firm: **LEWIS BRISBOIS BISGAARD & SMITH LLP (435076)** E-Mail: ANGELINE.IOANNOU@LEWISBRISBOIS.COM   Logout

UWY-CV22-6066212-S      **GUERRERA, MARIO v. HIGHLIGHT MOTOR GROUP, INC. Et Al**

**Prefix:** W02          **Case Type:** V01          **File Date:** 06/27/2022          **Return Date:** 07/26/2022

| Case Detail | Notices | History | Exhibits | Scheduled Court Dates | Help Manual |
|---|---|---|---|---|---|

To receive an email when there is activity on this case, click here.

Select Case Activity:   [ E-File a Pleading or Motion ▾ ]   Go

**Information updated as of:** 07/27/2022

| Case Information |
|---|

| | |
|---|---|
| **Case Type:** | V01 - Vehicular - Motor Vehicles - Driver and/or Passenger(s) vs. Driver(s) |
| **Court Location:** | Waterbury JD |
| **List Type:** | No List Type |
| **Trial List Claim:** | |
| **Last Action Date:** | 07/27/2022  (The "last action date" is the date the information was entered in the system) |

| Disposition Information |
|---|

| | |
|---|---|
| **Disposition Date:** | |
| **Disposition:** | |
| **Judge or Magistrate:** | |

| Party & Appearance Information |
|---|

| Party | | No Fee Party | Party Category | Party Type |
|---|---|---|---|---|
| **P-01** | **MARIO GUERRERA** | | Plaintiff | Person |
| | **Attorney:** LYNCH TRAUB KEEFE & ERRANTE PC (034876)   File Date: 06/27/2022<br>52 TRUMBULL STREET<br>PO BOX 1612<br>NEW HAVEN, CT 06506 | | | |
| **D-01** | **HIGHLIGHT MOTOR GROUP, INC.** | | Defendant | Firm or Corporation |
| | **Attorney:** ❗NEW LEWIS BRISBOIS BISGAARD & SMITH LLP (435076)   File Date: 07/27/2022<br>185 ASYLUM STREET<br>SUITE 2603<br>HARTFORD, CT 06103 | | | |
| **D-02** | **HL MOTOR GROUP, INC.** | | Defendant | Firm or Corporation |
| | **Attorney:** ❗NEW LEWIS BRISBOIS BISGAARD & SMITH LLP (435076)   File Date: 07/27/2022<br>185 ASYLUM STREET<br>SUITE 2603<br>HARTFORD, CT 06103 | | | |
| **D-03** | **IGOR KVITNITSKY** | | Defendant | Person |
| | **Attorney:** ❗NEW LEWIS BRISBOIS BISGAARD & SMITH LLP (435076)   File Date: 07/27/2022<br>185 ASYLUM STREET<br>SUITE 2603<br>HARTFORD, CT 06103 | | | |

**Viewing Documents on Civil, Housing and Small Claims Cases:**

If there is an 🌐 in front of the docket number at the top of this page, then the file is electronic (paperless).

- Documents, court orders and judicial notices in electronic (paperless) civil, housing and small claims cases with a return date on or after January 1, 2014 are available publicly over the internet.* For more information on what you can view in all cases, view the Electronic Access to Court Documents Quick Card.

- For civil cases filed prior to 2014, court orders and judicial notices that are electronic are available publicly over the internet. Orders can be viewed by selecting the link to the order from the list below. Notices can be viewed by clicking the **Notices** tab above and selecting the link.*

Documents, court orders and judicial notices in an electronic (paperless) file can be viewed at any judicial district courthouse during normal business hours.*

- Pleadings or other documents that are not electronic (paperless) can be viewed only during normal business hours at the Clerk's Office in the Judicial District where the case is located.*

- An Affidavit of Debt is not available publicly over the internet on small claims cases filed before October 16, 2017.*

*Any documents protected by law Or by court order that are Not open to the public cannot be viewed by the public online And can only be viewed in person at the clerk's office where the file is located by those authorized by law or court order to see them.

| Motions / Pleadings / Documents / Case Status | | | | |
|---|---|---|---|---|
| Entry No | File Date | Filed By | Description | Arguable |
| | 06/27/2022 | P | SUMMONS 📄 | |
| | 06/27/2022 | P | COMPLAINT 📄 | |
| | 07/27/2022 | D | APPEARANCE 📄 ❗NEW<br>Appearance | |
| 100.30 | 06/27/2022 | P | RETURN OF SERVICE 📄 | No |

| Scheduled Court Dates as of 07/26/2022 | | | | |
|---|---|---|---|---|
| UWY-CV22-6066212-S - GUERRERA, MARIO v. HIGHLIGHT MOTOR GROUP, INC. Et Al | | | | |
| # | Date | Time | Event Description | Status |
| | | | No Events Scheduled | |

Judicial ADR events may be heard in a court that is different from the court where the case is filed.  To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Matters that appear on the Short Calendar and Family Support Magistrate Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

All matters on a family support magistrate calendar are presumed ready to go forward.

The status of a Short Calendar matter is not displayed because it is determined by markings made by the parties as required by the calendar notices and the civil⧉ standing orders. Markings made electronically can be viewed by those who have electronic access through the Markings History link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained through the clerk's office. If more than one motion is on a single short calendar, the calendar will be listed once on this page. You can see more information on matters appearing on Short Calendars and Family Support Magistrate Calendars by going to the Civil/Family Case Look-Up⧉ page and Short Calendars By Juris Number⧉ or By Court Location⧉.

Periodic changes to terminology that do not affect the status of the case may be made.
This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information can be seen on this website for a period of time, from one year to a maximum period of ten years, after the disposition date. If the Connecticut Practice Book Sections 7-10 and 7-11 give a shorter period of time, the case information will be displayed for the shorter period. Under the Federal Violence Against Women Act of 2005, cases for relief from physical abuse, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Copyright © 2022, State of Connecticut Judicial Branch